

NUMBER 13-11-00325-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

REYES URBINA,                                                          Appellant,

v.

DESIGNER HOMES CO., INC., ONESIMO
MARTINEZ, XAVIER VILLESCAS [ERRONEOUSLY
SUED AS JAVIER BILOLESCAS OR BILLESCAS],
COMPASS BANK AND GREGORY S. KAZEN,
IN HIS CAPACITY ONLY AS SUBSTITUTE TRUSTEE,          Appellees.

On Appeal from the 275th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Justices Benavides, Vela, and Perkes
Memorandum Opinion Per Curiam

This matter is before the Court on a defective notice of appeal and appellant's

failure to correct the defect.   On June 2, 2011, the Court advised appellant that the notice

of appeal was not in compliance with Texas Rule of Appellate Procedure 25.1(d)(2) and 9.5(e)(3). *See* TEX. R. APP. P. 25.1(d)(2), 9.5(e)(3). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 30 days from the date of that notice.

On July 19, 2011, the Clerk notified appellant that the defects had not been corrected and warned appellant that the appeal would be dismissed if the defects were not cured within ten days. Appellant has failed to correct the defects or otherwise respond to the Court's notices.

On its own motion, with ten days notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(b), (c). Accordingly, we dismiss the appeal for want of prosecution and failure to comply with a notice from the Court. *See id.*

PER CURIAM

Delivered and filed the
25th day of August, 2011.